| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR **9004-2(c)**<br><br>Jenèe K. Ciccarelli, Esq. (JC/0693)<br>Ciccarelli Law, PC<br>239 New Rd. Bld A, Suite 301<br>Parsippany, New Jersey 07054<br>Phone: 973-737-9060<br>Fax: 973-619-0023<br>jenee@bankruptcy-lawnj.com | Order Filed on July 10, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Galo J. Lema Yancha<br><br>Debtor(s) | Case No.    24-20148<br><br>Chapter:    13<br><br>Hearing Date:    July 3, 2025 @ 2:00 p.m.<br><br>Judge: Hon. VFP |

**ORDER GRANTING PRE-CONFIRMATION CHAPTER 13 FEES**
**10/4/24 thru 5/10/25**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: July 10, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page:  2
Debtors: Galo J. Lema Yancha
Case No. 24-20148/VFP
Caption:  Order Granting Pre-Confirmation Chapter 13 Fees

_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Jenee Ciccarelli, Esq., is allowed a fee of $5,175.00 for services and $403.14 for disbursements for a total of $5,578.14 less $3,200.00 previously received leaving a balance due of $2,378.14.  The allowance shall be payable:

_____X_____        through the Chapter 13 plan as an administrative priority.

_____         outside the Chapter 13 plan.

**ORDERED**, that Debtor's Plan payment shall remain the same; and it is further,

**ORDERED**, that the above-referenced fees shall be paid to Ciccarelli Law, PC, Jenee Ciccarelli, and the proceeds mailed to:

Jenee K. Ciccarelli, Esq.

Ciccarelli Law, PC

239 New Rd. Bld.A, Suite 301, Parsippany, NJ  07054; and it is further,

**ORDERED** that should this case terminate due to dismissal, or for any reason other than conversion, Marie-Ann Greenberg, Esq., Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.